# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| RON J, *as next friend of R.J.,* a minor child § § § | |
| § | Case No. 4:05cv257 |
| v. § | (Judge Schneider/Judge Bush) |
| § | |
| MCKINNEY INDEPENDENT SCHOOL DISTRICT, ET AL § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On October 11, 2006, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendations that the Plaintiff's Motion for Summary Judgment be DENIED and the Defendants' Motions for Summary Judgment be GRANTED. The Court, having heard no objections raised or timely filed, is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that the Plaintiff's Motion for Summary Judgment is **DENIED** and the Defendants' Motions for Summary Judgment are **GRANTED** and that all claims and counterclaims not otherwise barred by this Court's order are **DISMISSED.**

**SIGNED** this 30th day of October, 2006.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE